IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEROME L. GRIMES,

           Plaintiff,

  v.

GUTIERREZ, et al.,

           Defendants.
_____/

No. C 12-80108M CW

ORDER RETURNING COMPLAINT TO PLAINTIFF

    On December 9, 2005, this Court entered a pre-filing order regarding the cases filed by Plaintiff Jerome Grimes. The pre-filing order states that if Plaintiff files a complaint that is "related to any of the following matters:

    (1) a diversified group of individuals who commit acts of terror against Mr. Grimes, his family and other citizens;

    (2) an injunction against the defendants to prevent them from kidnaping, framing, falsely imprisoning or otherwise terrorizing Mr. Grimes, his family, and other citizens;

    (3) a court order for the defendants to be subjected to a lie detector test;

    (4) covert terrorism

it will not be filed unless it presents cognizable claims that are not based on merely conclusory allegations. Second, no other complaints filed by Mr. Grimes while he is not incarcerated or detained will be filed unless they contain intelligible factual allegations and claims for relief."

    The Court has reviewed the instant complaint, C 12-80105M, and

finds that it alleges that Defendants have engaged in covert terrorism against Plaintiff and engaged in other heinous acts. The complaint is also duplicative of the allegations in two previous cases filed by Plaintiff: <u>Grimes v. Gutierrez, et al.</u>, C 11-80204M CW and C 11-80262M CW. Because this complaint concerns one of the matters mentioned in the pre-filing order and because it is duplicative of other complaints, the Clerk of the Court is ordered not to file it. Instead, the complaint shall be returned to Plaintiff.

IT IS SO ORDERED.

Dated: 6/15/2012

CLAUDIA WILKEN
United States District Judge